**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7384**

DANA SCIOLI,

Plaintiff - Appellant,

v.

STATE OF MARYLAND,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:20-cv-02451-PWG)

Submitted:  December 17, 2020                    Decided:  December 22, 2020

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dana Scioli, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana Scioli appeals the district court's order remanding his pending criminal case to state court. We have reviewed the record and find no reversible error. We therefore affirm for the reasons stated by the district court. *Scioli v. Maryland*, No. 8:20-cv-02451-PWG (D. Md. Aug. 27, 2020). We also deny Scioli's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*